

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00468-CV

**IN RE** Jose Alberto **RODRIGUEZ**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: June 24, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On June 11, 2026, relator, Jose Alberto Rodriguez, filed a petition for writ of mandamus challenging a new trial order issued November 13, 2023 and amended on January 25, 2024. On June 12, 2026, Rodriguez filed a motion for emergency stay of the new trial, which is scheduled to begin on June 22, 2026. We denied the motion for emergency stay on June 12, 2026.

Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy at law, such as an appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Having considered the petition and the record, this court concludes Rodriguez

---

[1]This proceeding arises out of Cause No. 2018-CI-01690, styled *Alex Pardo v. Jose A. Rodriguez*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.

has not shown that he is entitled to the relief sought. The petition for writ of mandamus is denied.

*See* TEX. R. APP. P. 52.8(a).

PER CURIAM